

FILED
DEC 7 - 2015
DAVID CREWS, CLERK
BY
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Michael Lee Gordon
Plaintiff

v.

CASE NO. 4:15CV175-DMB-SAA

Kathryn McIntyre, ILAP;
Tanya Berry, ILAP;
Jessie Sellers, ILAP;
(FNU) Moods, Legal Mail;
(FNU) Morris, Captain;
One (1) unknown mail room personel, Defendants,

"Jury Trial Demand"

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Michael Lee Gordon

B. Name under which sentenced: Michael Lee Gordon

C. Inmate identification number: # F64459

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): MSP 29-A A-Zone cell # 30 PO Box 1057, Hwy 49 West

E. Place of confinement: Parchman, MS 38738

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Kathryn McIntyre,

Title (Superintendent, Sheriff, etc.): Inmate Legal Assistance Program

Defendant's mailing address (street or post office box number, city, state, ZIP): PO Box 1057 Hwy 49 West Parchman, MS 38738

Name: (FNU) Morris

Title (Superintendent, Sheriff, etc.): Captain

Defendant's mailing address (street or post office, box number, city, state, ZIP) PO Box 1057, Hwy 49 West Parchman, MS 38738

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): ______

Defendant(s): ______

B. Court: ______ C. Docket No.: ______

D. Judge's Name: ______ E. Date suit filed: ______

F. Date decided: ______ G. Result (affirmed, reversed, etc.): ______

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☑ Yes 30 days ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☑ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

On 11-10-2015 I did file an Administrative Remedy with the prisons grievance system to Richard Pennington the Legal Claims Adjudicator claiming that ~~the~~ defendants personally, knowingly, intentionally and deliberately denied me access to the courts; whereby I had several cases dismissed for Want of Prosecution, because defendants did not copy and did not send Plaintiff's legal papers, and returned Plaintiff's legal mail back to the courts.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

My grievance was rejected because of limitations imposed by the prison that only allows a total of ten (10) grievances to be logged at a time; But also imposes time limits to which a grievance is filed (ie 30-days); thereby denying me all available Administrative Remedies in regards to this issue, because once I get ten (10) grievances back logged, I can't file no more grievances and I have no available Administrative Remedy.

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

*1) Kathryn McIntyre, ZLAP, did personally, knowingly, intentionally and deliberately deny me meaningful access to the courts on 10-30-2015 and other times by personally, knowingly, intentionally and deliberately throwing Plaintiffs legal papers away, destroying and/or discarding Plaintiffs legal papers in a manner that resulted in Plaintiff being denied access to the courts by having 3 meaningful legal claims and cases dismissed for want of Prosecution because Kathryn McIntyre refused to copy and mail out Plaintiffs legal papers to intentionally deny Plaintiff access to the courts and/or to retaliate against Plaintiff for filing grievances naming Kathryn McIntyre for misconduct on 10-1-2015.

*2) (FNU) Morris, Captain, did personally, knowingly, intentionally and deliberately deny me meaningful access to the courts on 10-30-2015 and other times by personally, knowingly, intentionally and deliberately throwing Plaintiffs legal papers away, destroying and/or discarding Plaintiffs legal papers in a manner that resulted in Plaintiff being denied access to the courts by having 3 meaningful legal claims and cases dismissed for want of Prosecution

contd:

* 3) (FNU) Moody, Legal Mail, did personally, knowingly, intentionally and deliberately deny me meaningful access to the courts on or about 10-30-2015 and other times by personally, knowingly, intentionally and deliberately returning Plaintiff's legal papers to the courts (ie that was sent to Plaintiff by the courts) to personally, knowingly, intentionally and deliberately deny Plaintiff access to the courts by having 3 meaningful legal claims and cases dismissed for want of Prosecution; because (FNU) Moody, Legal Mail, personally, knowingly, intentionally and deliberately returned legal papers to the courts (ie that was sent to Plaintiff by the courts) to intentionally deny Plaintiff access to the courts and/or to retaliate against Plaintiff for filing grievances naming (FNU) Moody for misconduct on 10-1-2015.

* 4) One (1) unknown mailroom personnel, did personally, knowingly, intentionally, and deliberately deny me meaningful access to the courts on or about 10-30-2015 and other times by personally, knowingly, intentionally and deliberately throwing Plaintiffs legal papers away, destroying, discarding and/or not mailing Plaintiffs legal papers in a manner that resulted in Plaintiff being denied access to the courts by having 3 meaningful legal claims and cases dismissed for want of Prosecution because One (1) unknown mailroom personnel interferred with, discarded, destroyed and/or threw away and/or personally, knowingly, intentionally and deliberately did so to intentionally deny Plaintiff access to the courts and/or to retaliate against Plaintiff for filing grievances naming the mailroom for misconduct on 10-1-2015.

* 5) Tanya Berry, ILAP, did personally, knowingly, intentionally and deliberately deny me meaningful access to the courts from 5-28-2015 till on or about 9-11-2015 and other times by personally, knowingly, intentionally and deliberately throwing Plaintiffs legal papers away, destroying and/or

Con.t'd'.

discording Plaintiffs legal papers in a manner that resulted in Plaintiff being denied access to the courts by having 3-meaningful legal claims and cases dismissed for want of Prosecution because Tanya Berry refused to copy and mail out legal papers and provide Plaintiff with legal assistance to intentionally deny Plaintiff access to the courts and/or retaliate against Plaintiff for filing several grievances and a civil action on or about or from 5-28-2015 to 9-11-2015.

*6.) Jessica Sellers, ZLAP, did personally, knowingly, intentionally and deliberately deny me meaningful access to the courts from 5-28-2015 till on or about 9-11-2015 and other times by personally, knowingly, intentionally and deliberately throwing Plaintiffs legal papers away, destroying and/or discarding Plaintiffs legal papers in a manner that resulted in Plaintiff being denied access to the courts by having 3-meaningful legal claims and cases dismissed for want of Prosecution because Jessica Sellers refused to copy and mail out legal papers and provide Plaintiff with legal assistance to intentionally deny Plaintiff access to the courts and/or to retaliate against Plaintiff for filing several grievances and a civil action on or about or from 5-28-2015 to 9-11-2015.

because (FNU) Morris interfered with, directed, ordered, and/or personally, knowingly, intentionally and deliberately threw away, destroyed and/or discarded Plaintiffs legal papers to intentionally deny Plaintiff access to the courts. and/or to retaliate against Plaintiff.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

*1.) Plaintiff to be awarded (Nominal Damages) inexcess of $25,000 for each and every constitutional right violated from each and every defendant (separately and individually) found to have violated that constitutional right.

*2.) Plaintiff to be awarded Punitive damages inexcess of $1,225,000 for each and every constitutional right violated from each and every defendant (separately and individually) found to have violated that constitutional right.

*3.) Plaintiff to be awarded Nominal and Punitive damages inexcess of $1,225,000 for each and every act of retaliation committed from each and every defendant (separately and individually) found to have retaliated against Plaintiff.

*4.) Plaintiff to be awarded Injunctive and Prospective relief enabling him to reopen dismissed cases due to defendants constitutional rights violations.

*5.) Both defendants to be fired from the MDOC.

*6.) changes to be made to the Legal Assistance Program.

*7.) A Trial by Jury! Jury Trial Demand!

This Complaint was executed at (location): Mississippi State Penitentiary

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 11-16-2015

[signature]
Plaintiff's Signature

#564459
MSP 29-A A-zone cell#30
PO Box 1057, Hwy 49 West
Parchman, MS
38738

Michael Lee Gordon
#F64459
MSP 29-A A-Zone cell#30
PO Box 1057
Parchman, MS
38738

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

U.S. POSTAGE PITNEY BOWES
ZIP 38738 $ 000.93
02 1W
0001376701 NOV 21 2015

RECEIVED
NOV 23 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 38738

THE ENCLOSED LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER ENCLOSES ANY MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

US District court
Northern District of Mississippi
clerk's office
301 W Commerce Street
Aberdeen, MS
39730

39730252001

Michael Lee Gordon
#F64459
MSP 29-A B-Zone
PO Box 1057
Parchman, MS
38738

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

JACKSON
MS 390
05 DEC '15
PM 2 L

U.S. POSTAGE PITNEY BOWES
ZIP 38738
02 1W
0001376701 DEC 05 2015
$ 000.49⁰

RECEIVED
DEC 07 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

US District Court
Clerk's office
301 W. Commerce St., #13
Aberdeen, MS
39730

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 38738

THE ENCLOSED LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER ENCLOSES ANY MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Legal Mail

39730252001